IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 11 2006

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| ROY E. TAYLOR,<br>Petitioner, | )<br>) Civil Action No. 7:06CV00435<br>) |
| v. | ) **FINAL ORDER**<br>) |
| UNITED STATES OF AMERICA,<br>Respondent. | ) By: Hon. Norman K. Moon<br>) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The petitioner's "informal motion for equitable tolling" shall be and hereby is **DENIED**; and

2. The petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 11 day of October, 2006.

_____
United States District Judge